# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00105-CV

### J.D. Abrams L.P., Appellant

### v.

### Steve Lopez, Appellee

#### FROM THE 201ST DISTRICT COURT OF TRAVIS COUNTY
#### NO. D-1-GN-22-002514, THE HONORABLE MADELEINE CONNOR, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant J.D. Abrams L.P. has filed an agreed motion to dismiss this appeal. We grant appellant's motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Maggie Ellis, Justice

Before Chief Justice Byrne, Justices Kelly and Ellis

Dismissed on Appellant's Motion

Filed:   April 23, 2025